IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CR-87-WKW |
| | ) | |
| RAJNEESH DIKKA DANIELS | ) | |

## ORDER

On December 12, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 328) regarding Defendant Rajneesh Dikka Daniels' Motion to Suppress (Doc. # 293). Defendant has filed no timely objections. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.  The Recommendation of the Magistrate Judge (Doc. # 328) is ADOPTED; and

2.  Defendant's Motion to Suppress (Doc. # 293) is DENIED.

DONE this 2nd day of January, 2013.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE